IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OLAN BOYDSTON, | ) |
|       Plaintiff, | ) ) ) |
| vs. | )   Case No. CIV-14-816-D ) |
| CITY OF SPENCER, OKLAHOMA, *et al.*, | ) ) ) |
|       Defendants. | ) |

**JUDGMENT OF DISMISSAL**

Pursuant to the Order issued on this date, this action is dismissed with prejudice to refiling.

Entered this  9th  day of February, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE